# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

ROBIN JEAN DAVIS,

       *Plaintiff*,

       v.

JIM JUSTICE, Governor; ROGER HANSHAW,
Speaker of the West Virginia House of Delegates;
JOHN OVERINGTON, Speaker Pro Tempore of the
West Virginia House of Delegates; DARYL
COWLES, Majority Leader of the West Virginia
House of Delegates; CHANDA ADKINS, GEORGE
AMBLER, WILLIAM ANDERSON, MARTIN
ATKINSON III, SAIRA BLAIR, BRENT BOGGS,
JIM BUTLER, MOORE CAPITO, ROY COOPER,
VERNON CRISS, MARK DEAN, FRANK DEEM,
JOE ELLINGTON, PAUL ESPINOSA, ALLEN V.
EVANS, ED EVANS, TOM FAST, MICHAEL
FOLK, GEOFF FOSTER, CINDY FRICH, MARTY
GEARHEART, DIANNA GRAVES, BILL
HAMILTON, DANNY HAMRICK, JASON
HARSHBARGER, KENNETH HICKS, JOSHUA
HIGGINBOTHAM, JORDAN HILL, RAY HOLLEN,
ERIC L. HOUSEHOLDER, GARY G. HOWELL, D.
ROLLAND JENNINGS, JOHN R. KELLY, KAYLA
KESSINGER, CHARLOTTE LANE, DANIEL
LINVILLE, SHARON LEWIS MALCOLM, JUSTIN
MARCUM, PATRICK MARTIN, ZACK
MAYNARD, PAT MCGEEHAN, CAROL MILLER,
RILEY MOORE, ERIC NELSON, JEFFREY PACK,
TONY PAYNTER, RODNEY A. PYLES, BEN
QUEEN, RALPH RODIGHIERO, MATTHEW
ROHRBACH, WILLIAM R. ROMINE, RUTH
ROWAN, JOHN SHOTT, KELLI SOBONYA, JOE
STATLER, AMY SUMMERS, TERRI SYPOLT,
JILL UPSON, DANNY WAGNER, GUY WARD,
STEVE WESTFALL, BRAD WHITE, S.
MARSHALL WILSON, MARK ZATEZALO,
members of the West Virginia House of Delegates;
STEVE HARRISON, Clerk of the West Virginia
House of Delegates; RYAN FERNS, Majority Leader

Case No.  2:18-cv-01316
Thomas E. Johnston, Chief Judge

of the West Virginia Senate; MIKE AZINGER,
ROBERT D. BEACH, CRAIG BLAIR, GREG
BOSO, CHARLES H. CLEMENTS, SUE CLINE,
ROBERT L. KARNES, KENNY MANN, MIKE
MARONEY, MARK R. MAYNARD, RICHARD
OJEDA, PATRICIA RUCKER, RANDY SMITH,
DAVE SYPOLT, TOM TAKUBO, JOHN R. UNGER
II, RYAN WELD, MIKE WOELFEL, members of the
West Virginia Senate; LEE CASSIS, Clerk of the
West Virginia Senate,

        *Defendants*.

## NOTICE OF WITHDRAWAL AND SUBSTITUTION

Pursuant to L R Civ P 83.4, Robert B. Allen and Pamela C. Deem and the firm of Kay Casto & Chaney PPLC hereby give notice that they are withdrawing as counsel for Plaintiff in this case and that J. Timothy DiPiero and Lonnie C. Simmons and the firm of DiTrapano Barrett DiPiero McGinley & Simmons PLLC should be substituted in their stead. The Complaint was filed on September 26, 2018, and has not yet been served. Accordingly, this withdrawal and substitution will not delay the trial or other progress of the case and this notice is being filed and served at least 90 days before trial.

        Respectfully submitted,

        /s/ Robert B. Allen
        ROBERT B. ALLEN (WV Bar No. 110)
        PAMELA C. DEEM (WV Bar No. 976)
        KAY CASTO & CHANEY PLLC
        707 Virginia Street, East, Suite 1500
        P. O. Box 2031
        Charleston, WV 25327
        (304) 345-8900
        rallen@kaycasto.com
        pdeem@kaycasto.com