UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**ROBIN JEAN DAVIS,**

       Plaintiff,

v.

**JIM JUSTICE**, Governor; **ROGER HANSHAW**,
Speaker of the West Virginia House of Delegates;
**JOHN OVERINGTON**, Speaker Pro Tempore of the
West Virginia House of Delegates; **DARYL COWLES**,
Majority Leader of the West Virginia House of Delegates;
**CHANDA ADKINS, GEORGE AMBLER, WILLIAM
ANDERSON, MARTIN ANDERSON III, SAIRA BLAIR,
BRENT BOGGS, JIM BUTLER, MOORE CAPITO,
ROY COOPER, VERNON CRISS, MARK DEAN,
FRANK DEEM, JOE ELLINGTON, PAUL ESPINOSA,
ALLEN V. EVANS, ED EVANS, TOM FAST, MICHAEL
FOLK, GEOFF FOSTER, CINDY FRICH, MARTY
GEARHEART, DIANNA GRAVES, BILL HAMILTON,
DANNY HAMRICK, JASON HARSHBARGER,
KENNETH HICKS, JOSHUA HIGGINBOTHAM,
JORDAN HILL, RAY HOLLEN, ERIC L. HOUSEHOLDER,
GARY G. HOWELL, D. ROLLAND JENNINGS,
JOHN R. KELLY, KAYLA KESSINGER, CHARLOTTE
LANE, DANIEL LINVILLE, SHARON LEWIS MALCOLM,
JUSTIN MARCUM, PATRICK MARTIN, ZACK MAYNARD,
PAT MCGEEHAN, CAROL MILLER, RILEY MOORE,
ERIC NELSON, JEFFREY PACK, TONY PAYNTER,
RODNEY A. PYLES, BEN QUEEN, RALPH RODIGHIERO,
MATTHEW ROHRBACH, WILLIAM R. ROMINE,
RUTH ROWAN, JOHN SHOTT, KELLI SOBONYA,
JOE STATLER, AMY SUMMERS, TERRI SYPOLT,
JILL UPSON, DANNY WAGNER, GUY WARD,
STEVE WESTFALL, BRAD WHITE, S. MARSHALL WILSON,
MARK ZATEZALO**, members of the West Virginia House of
Delegates; **STEVE HARRISON**, Clerk of the West Virginia
House of Delegates; **RYAN FERNS**, Majority Leader of the
West Virginia Senate; **MIKE AZINGER, ROBERT D. BEACH,
CRAIG BLAIR, GREG BOSO, CHARLES H. CLEMENTS,
SUE CLINE, ROBERT L. KARNES, KENNY MANN,
MIKE MARONEY, MARK R. MAYNARD, RICHARD
OJEDA, PATRICIA RUCKER, RANDY SMITH,**

Case No.: 2:18-cv-01316
Thomas E. Johnston, Chief Judge

**DAVE SYPOLT**, **TOM TAKUBO**, **JOHN R. UNGER II**,
**RYAN WELD**, **MIKE WOELFEL**, members of the
West Virginia Senate; **LEE CASSIS**, Clerk of the
West Virginia Senate,

        Defendants.

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that J. Timothy DiPiero and Lonnie C. Simmons, DITRAPANO, BARRETT, DIPIERO, MCGINLEY & SIMMONS, PLLC, P.O. Box 1631, Charleston, West Virginia 25326, (304) 342-0133, tim.dipiero@dbdlawfirm.com and lonnie.simmons@dbdlawfirm.com, hereby will be appearing as co-counsel for Plaintiff Robin Jean Davis in the above-styled case, along with James M. Cole, Tacy F. Flint, Heather Benzmiller Sultanian, and John K. Adams. All future pleadings, orders, and other documents generated in this litigation should include J. Timothy DiPiero and Lonnie C. Simmons as co-counsel of record for Plaintiff Robin Jean Davis.

    **ROBIN JEAN DAVIS**, Plaintiff,

    –By Counsel–

| | |
|---|---|
| /s/ J. Timothy DiPiero | Tacy F. Flint (*pro hac vice* forthcoming) |
| J. Timothy DiPiero (W.Va. I.D. No. 1021) | Heather Benzmiller Sultanian (*pro hac vice* forthcoming) |
| Lonnie C. Simmons (W.Va. I.D. No. 3406) | |
| **DITRAPANO, BARRETT, DIPIERO,** | John K. Adams (*pro hac vice* forthcoming) |
| **MCGINLEY & SIMMONS, PLLC** | **SIDLEY AUSTIN LLP** |
| P.O. Box 1631 | One South Dearborn |
| Charleston, West Virginia 25326 | Chicago, Illinois 60603 |
| (304) 342-0133 | (312) 853-7000 |
| tim.dipiero@dbdlawfirm.com | tflint@sidley.com |
| lonnie.simmons@dbdlawfirm.com | hsultanian@sidley.com |
| | john.adams@sidley.com |

James M. Cole (*pro hac vice* forthcoming)
**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8246
jcole@sidley.com