IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ROBIN JEAN DAVIS,

          Plaintiff

v.                                          CIVIL ACTION NO.   2:18-cv-01316

JIM JUSTICE, Governor, et al.,

          Defendants.

**ORDER**

The Court will hold a telephonic status conference in the above-styled case on **October 4, 2018, at 3:00 p.m.** The call-in information for the call is as follows: 703-724-3100, then dial 4002661# to be placed on hold pending the start of the call. **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                ENTER:       October 4, 2018

                                  THOMAS E. JOHNSTON, CHIEF JUDGE