# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 10/4/2018                                                                 Case Number 2:18-cv-01316
Case Style: Davis vs. Justice
Type of hearing Telephonic Status Conference
Before the honorable: 2515-Johnston
Court Reporter Kimberly Kaufman                                                 Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government J. DiPiero, Lonnie Simmons


Attorney(s) for the Defendant(s) Anthony Martin, Zachary Viglianco, Kelli Talbott


Law Clerk Lesley Shamblin                                                       Probation Officer N/A

Trial Time


Non-Trial Time

Pretrial conference (including settlement and telephone conferences).


Court Time

3:05      to 3:15
Total Court Time: 0 Hours 10 Minutes Non-Trial Time/Uncontested Time


Courtroom Notes

Scheduled Start:  3:00 p.m.
Actual Start:  3:05 p.m.

Parties present telephonically.  Court addresses schedule.  Court sets response deadline for October 12, 2018, reply deadline for October 15, 2018, and hearing for October 16, 2018, at 9:30 a.m.

Court recessed:  3:15 p.m.