IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ROBIN JEAN DAVIS,

          Plaintiff

v.                                        CIVIL ACTION NO.   2:18-cv-01316

JIM JUSTICE, Governor, et al.,

          Defendants.

**ORDER**

On October 4, 2018, this Court held a telephonic status conference in the above-styled case. For reasons more fully stated on the record at the conference, the Court **DIRECTS** the Defendants' to file any response to Plaintiff's motion for preliminary injunction no later than **October 12, 2018.** Any reply shall be filed no later than **October 15, 2018.** The Court will hold a hearing on the motion on **October 16, 2018, at 9:30 a.m.**

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                              ENTER:      October 4, 2018

                              THOMAS E. JOHNSTON, CHIEF JUDGE