IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ROBIN JEAN DAVIS,

        Plaintiff

v.                               CIVIL ACTION NO.  2:18-cv-01316

JIM JUSTICE, Governor, et al.,

        Defendants.

**ORDER**

For reasons appearing to the Court, the preliminary injunction hearing currently scheduled for October 16, 2018, is **CONTINUED GENERALLY**.  The Court will discuss rescheduling the hearing at the October 15, 2018, telephonic status conference.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:     October 15, 2018

THOMAS E. JOHNSTON, CHIEF JUDGE