# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 10/15/2018                                                                  Case Number 2:18-cv-01316
Case Style: Davis vs. Justice
Type of hearing Telephonic Status Conference
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran                                                      Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government John Adams,James Cole,Tacy Flint,Lonnie Simmons,Heather Sultanian


Attorney(s) for the Defendant(s) Abby Cunningham,Caleb Ellis,Elizabeth Grant,Paul Martin,Kelli Talbott,Zachary Viglianco


Law Clerk Lesley Shamblin                                                         Probation Officer N/A

## Trial Time



## Non-Trial Time

Pretrial conference (including settlement and telephone conferences).


## Court Time

4:00      to 4:10
Total Court Time: 0 Hours 10 Minutes Non-Trial Time/Uncontested Time


## Courtroom Notes

Scheduled Start:  4:00 p.m.
Actual Start:  4:00 p.m.

Parties present telephonically.  Court addresses status of case.

Court recessed:  4:10 p.m.