UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**ROBIN JEAN DAVIS**,

      Plaintiff,

v.

Case No.: 2:18-cv-01316
Thomas E. Johnston, Chief Judge

**JIM JUSTICE**, Governor; **ROGER HANSHAW**,
Speaker of the West Virginia House of Delegates;
**JOHN OVERINGTON**, Speaker Pro Tempore of the
West Virginia House of Delegates; **DARYL COWLES**,
Majority Leader of the West Virginia House of Delegates;
**CHANDA ADKINS, GEORGE AMBLER, WILLIAM
ANDERSON, MARTIN ANDERSON III, SAIRA BLAIR,
BRENT BOGGS, JIM BUTLER, MOORE CAPITO,
ROY COOPER, VERNON CRISS, MARK DEAN,
FRANK DEEM, JOE ELLINGTON, PAUL ESPINOSA,
ALLEN V. EVANS, ED EVANS, TOM FAST, MICHAEL
FOLK, GEOFF FOSTER, CINDY FRICH, MARTY
GEARHEART, DIANNA GRAVES, BILL HAMILTON,
DANNY HAMRICK, JASON HARSHBARGER,
KENNETH HICKS, JOSHUA HIGGINBOTHAM,
JORDAN HILL, RAY HOLLEN, ERIC L. HOUSEHOLDER,
GARY G. HOWELL, D. ROLLAND JENNINGS,
JOHN R. KELLY, KAYLA KESSINGER, CHARLOTTE
LANE, DANIEL LINVILLE, SHARON LEWIS MALCOLM,
JUSTIN MARCUM, PATRICK MARTIN, ZACK MAYNARD,
PAT MCGEEHAN, CAROL MILLER, RILEY MOORE,
ERIC NELSON, JEFFREY PACK, TONY PAYNTER,
RODNEY A. PYLES, BEN QUEEN, RALPH RODIGHIERO,
MATTHEW ROHRBACH, WILLIAM R. ROMINE,
RUTH ROWAN, JOHN SHOTT, KELLI SOBONYA,
JOE STATLER, AMY SUMMERS, TERRI SYPOLT,
JILL UPSON, DANNY WAGNER, GUY WARD,
STEVE WESTFALL, BRAD WHITE, S. MARSHALL WILSON,
MARK ZATEZALO**, members of the West Virginia House of
Delegates; **STEVE HARRISON**, Clerk of the West Virginia
House of Delegates; **RYAN FERNS**, Majority Leader of the
West Virginia Senate; **MIKE AZINGER, ROBERT D. BEACH,
CRAIG BLAIR, GREG BOSO, CHARLES H. CLEMENTS,
SUE CLINE, ROBERT L. KARNES, KENNY MANN,
MIKE MARONEY, MARK R. MAYNARD, RICHARD
OJEDA, PATRICIA RUCKER, RANDY SMITH,
DAVE SYPOLT, TOM TAKUBO, JOHN R. UNGER II,
RYAN WELD, MIKE WOELFEL**, members of the
West Virginia Senate; **LEE CASSIS**, Clerk of the
West Virginia Senate,

      Defendants.

## JOINT STIPULATION EXTENDING TIME TO FILE RESPONSE

On October 12, 2018, **DEFENDANT GOVERNOR JIM JUSTICE'S MOTION TO DISMISS** was filed.  Pursuant to the local rules, any response to this **MOTION** would need to be filed by Plaintiff Robin Jean Davis no later than October 26, 2018.  Counsel for Plaintiff and Defendant Governor Jim Justice jointly agree and stipulate that the deadline for Plaintiff to file her response to this **MOTION** is extended to November 2, 2018.

                           **ROBIN JEAN DAVIS**, Plaintiff, and
                           **JIM JUSTICE**, Defendant,
                                –By Counsel–

Agreed to and stipulated by:

| | |
|---|---|
| /s/ Lonnie C. Simmons | /s/ Paul Anthony Martin |
| Lonnie C. Simmons (WVSB #3406) | Paul Anthony Martin (WVSB #12201) |
| J. Timothy DiPiero (WVSB #1021) | Chief Deputy Attorney General |
| **DITRAPANO, BARRETT, DIPIERO, MCGINLEY & SIMMONS, PLLC** | State Capitol, Building 1, Room E-26 |
| P.O. Box 1631 | Charleston, West Virginia 25305 |
| Charleston, West Virginia 25326 | (304) 558-2021 |
| (304) 342-0133 | Anthony.P.Martin@wvago.gov |
| tim.dipiero@dbdlawfirm.com | |
| lonnie.simmons@dbdlawfirm.com | Kelli D. Talbott (WVSB #4995) |
| | Senior Deputy Attorney General |
| James M. Cole (*pro hac vice* granted) | Abby G. Cunningham (WVSB #13388) |
| **SIDLEY AUSTIN LLP** | Assistant Attorney General |
| 1501 K Street, N.W. | Caleb A. Ellis (WVSB #13337) |
| Washington, DC 20005 | Assistant Attorney General |
| (202) 736-8246 | 812 Quarrier Street, |
| jcole@sidley.com | Charleston, West Virginia 25301 |
| | (304) 558-8989 |
| Tacy F. Flint (*pro hac vice* granted) | (304) 558-8986 |
| Heather Benzmiller Sultanian (*pro hac vice* granted) | (304) 558-5830 |
| John K. Adams (*pro hac vice* granted) | Kelli.D.Talbott@wvago.gov |
| **SIDLEY AUSTIN LLP** | Abby.G.Cunningham@wvago.gov |
| One South Dearborn | Caleb.A.Ellis@wvago.gov |
| Chicago, Illinois 60603 | |
| (312) 853-7000 | |
| tflint@sidley.com | |
| hsultanian@sidley.com | |
| john.adams@sidley.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

      /s/ Lonnie C. Simmons
Lonnie C. Simmons (WVSB #3406)