IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ROBIN JEAN DAVIS,

        Plaintiff

v.                                              CIVIL ACTION NO.   2:18-cv-01316

JIM JUSTICE, Governor, et al.,

        Defendants.

**ORDER**

Before this Court is the parties' joint stipulation extending Plaintiff Robin Jean Davis's ("Plaintiff") time to respond to Defendant Jim Justice's ("Defendant") motion to dismiss. (ECF No. 133). While the parties attempt to extend the response deadline to Defendant's motion to dismiss by stipulation, such dates may only be modified by order of this Court. L.R. Civ. P. 7.1(a)(7). Nonetheless, this Court construes the filing as a joint motion to extend the time to respond to Defendant's pending motion to dismiss. As such, this Court **GRANTS** the motion, (ECF No. 133), and **ORDERS** Plaintiff to file a response to Defendant's motion, (ECF No. 128), no later than **November 2, 2018**. Further, any reply must be filed "within 7 days from the date of service of the memorandum in response to the motion." L.R. Civ. P. 7.1(a)(7).

      **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:       October 31, 2018

_____

THOMAS E. JOHNSTON, CHIEF JUDGE