IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ROBIN JEAN DAVIS,

        Plaintiff,

v.                       CIVIL ACTION NO. 2:18-cv-01316

JIM JUSTICE, Governor, et al.,

        Defendants.

**ORDER**

Before this Court is a motion for extension of time filed by Plaintiff Robin Jean Davis ("Plaintiff"). (ECF No. 139.) The motion is **GRANTED**. Plaintiff shall file her response to Defendant Jim Justice's Motion to Dismiss, (ECF No. 128), when ordered by this Court.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:     November 13, 2018

                THOMAS E. JOHNSTON, CHIEF JUDGE