UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**ROBIN JEAN DAVIS**,

    Plaintiff,

v.

**JIM JUSTICE**, Governor; **ROGER HANSHAW**,
Speaker of the West Virginia House of Delegates;
**JOHN OVERINGTON**, Speaker Pro Tempore of the
West Virginia House of Delegates; **DARYL COWLES**,
Majority Leader of the West Virginia House of Delegates;
**CHANDA ADKINS, GEORGE AMBLER, WILLIAM
ANDERSON, MARTIN ANDERSON III, SAIRA BLAIR,
BRENT BOGGS, JIM BUTLER, MOORE CAPITO,
ROY COOPER, VERNON CRISS, MARK DEAN,
FRANK DEEM, JOE ELLINGTON, PAUL ESPINOSA,
ALLEN V. EVANS, ED EVANS, TOM FAST, MICHAEL
FOLK, GEOFF FOSTER, CINDY FRICH, MARTY
GEARHEART, DIANNA GRAVES, BILL HAMILTON,
DANNY HAMRICK, JASON HARSHBARGER,
KENNETH HICKS, JOSHUA HIGGINBOTHAM,
JORDAN HILL, RAY HOLLEN, ERIC L. HOUSEHOLDER,
GARY G. HOWELL, D. ROLLAND JENNINGS,
JOHN R. KELLY, KAYLA KESSINGER, CHARLOTTE
LANE, DANIEL LINVILLE, SHARON LEWIS MALCOLM,
JUSTIN MARCUM, PATRICK MARTIN, ZACK MAYNARD,
PAT MCGEEHAN, CAROL MILLER, RILEY MOORE,
ERIC NELSON, JEFFREY PACK, TONY PAYNTER,
RODNEY A. PYLES, BEN QUEEN, RALPH RODIGHIERO,
MATTHEW ROHRBACH, WILLIAM R. ROMINE,
RUTH ROWAN, JOHN SHOTT, KELLI SOBONYA,
JOE STATLER, AMY SUMMERS, TERRI SYPOLT,
JILL UPSON, DANNY WAGNER, GUY WARD,
STEVE WESTFALL, BRAD WHITE, S. MARSHALL WILSON,
MARK ZATEZALO**, members of the West Virginia House of
Delegates; **STEVE HARRISON**, Clerk of the West Virginia
House of Delegates; **RYAN FERNS**, Majority Leader of the
West Virginia Senate; **MIKE AZINGER, ROBERT D. BEACH,
CRAIG BLAIR, GREG BOSO, CHARLES H. CLEMENTS,
SUE CLINE, ROBERT L. KARNES, KENNY MANN,
MIKE MARONEY, MARK R. MAYNARD, RICHARD
OJEDA, PATRICIA RUCKER, RANDY SMITH,
DAVE SYPOLT, TOM TAKUBO, JOHN R. UNGER II,
RYAN WELD, MIKE WOELFEL**, members of the
West Virginia Senate; **LEE CASSIS**, Clerk of the
West Virginia Senate,

    Defendants.

Case No.: 2:18-cv-01316
Thomas E. Johnston, Chief Judge

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Robin Jean Davis does hereby provide this **NOTICE OF DISMISSAL**, dismissing the above-styled civil action without prejudice.

**ROBIN JEAN DAVIS**, Plaintiff,
–By Counsel–

| | |
|---|---|
| /s/ Lonnie C. Simmons | Tacy F. Flint (*pro hac vice* granted) |
| Lonnie C. Simmons (WVSB #3406) | Heather Benzmiller Sultanian (*pro hac vice* granted) |
| J. Timothy DiPiero (WVSB #1021) | |
| **DITRAPANO, BARRETT, DIPIERO, MCGINLEY & SIMMONS, PLLC** | John K. Adams (*pro hac vice* granted) |
| P.O. Box 1631 | **SIDLEY AUSTIN LLP** |
| Charleston, West Virginia 25326 | One South Dearborn |
| (304) 342-0133 | Chicago, Illinois 60603 |
| tim.dipiero@dbdlawfirm.com | (312) 853-7000 |
| lonnie.simmons@dbdlawfirm.com | tflint@sidley.com |
| | hsultanian@sidley.com |
| | john.adams@sidley.com |

James M. Cole (*pro hac vice* granted)
**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8246
jcole@sidley.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

    /s/ Lonnie C. Simmons
    Lonnie C. Simmons (WVSB #3406)